**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO.: 1:20-cv-21593-CMA

DOUG LONGHINI,

        Plaintiff,
v.

PARK WEST PROFESSIONAL CENTER
CONDOMINIUM ASSOCIATION, INC.,

        Defendant.
_____/

**JOINT NOTICE OF SETTLEMENT**

Plaintiff, DOUG LONGHINI, and Defendant, PARK WEST PROFESSIONAL CENTER CONDOMINIUM ASSOCIATION, INC., hereby advise the Court that the parties have reached an agreement to settle the instant case pending execution of a Settlement Agreement.  The Parties will file a Stipulation dismissing this Action with prejudice once the settlement agreement is executed, which they reasonably expect to do no later than 45 days from the date of this Notice.  Accordingly, the Parties respectfully request that the Court vacate all currently set dates and deadlines.

Respectfully submitted this 4th, day of June, 2020.

| | |
|---|---|
| /s/ *Anthony J. Perez* | /s/ *Daniel E. Davis* |
| ANTHONY J. PEREZ | DANIEL E. DAVIS |
| Florida Bar No.: 535451 | Florida Bar No.: 0116594 |
| | |
| GARCIA-MENOCAL & PEREZ, P.L. | VERNIS & BOWLING OF MIAMI, P.A. |
| 4937 S.W. 74th Court, Unit #3 | 1680 N.E. 135th Street |
| Miami, FL 33155 | Miami, Florida 33181 |
| Telephone: (305) 553- 3464 | Telephone: (305) 895-3035 |
| Facsimile: (305)553-3031 | Facsimile: (305) 892-1260 |
| Primary Email: ajperezlaw@gmail.com | Primary Email: ddavis@florida-law.com |
| Secondary Email: aquezada@lawgmp.com; | *Attorneys for Defendant* |
| *Attorney for Plaintiff* | |

**CERTIFICATE OF SERVICE**

I hereby certify that on June 4th, 2020 I electronically filed the foregoing document with the Clerk of the Court and counsel of record using CM/ECF.

        **GARCIA-MENOCAL, & PEREZ, P.L.**
*Attorneys for Plaintiff*
4937 SW 74th Court, No. 3
Miami, FL 33155
Telephone: (305) 553-3464
Facsimile: (305) 553-3031
Primary E-Mail:  ajperez@lawgmp.com
Secondary Email:  aquezada@lawgmp.com;
bvirues@lawgmp.com; ddunn@lawgmp.com

By: ___*/s/ Anthony J. Perez, Esq.*_____
      ANTHONY J. PEREZ