UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-21593-CIV-ALTONAGA/Goodman

**DOUG LONGHINI**,

    Plaintiff,

v.

**PARK WEST PROFESSIONAL CENTER
CONDOMINIUM ASSOCIATION, INC.**,

    Defendant.

_____/

## ORDER ADMINISTRATIVELY CLOSING CASE

**THIS CAUSE** is before the Court on the Joint Notice of Settlement [ECF No. 22], filed on June 4, 2020. The Court having carefully reviewed the file, and being otherwise fully advised, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The above-styled action is administratively **CLOSED** without prejudice to the parties to file a stipulation for dismissal within **sixty (60) days** of the date of this Order.

2. If the parties fail to complete the expected settlement, either party may request the Court to reopen the case.

3. The Clerk shall **CLOSE** this case for administrative purposes only. Any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Miami, Florida, this 4th day of June, 2020.

                                                   **CECILIA M. ALTONAGA**
                                                   **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record